Plaintiff's Name **LARRY CORTINAS**

CDCR No. **P-09908**

Address **P.O. BOX 290066**

**REPRESA, Ca 95671**

**FILED**
Sep 07, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**LARRY WILLIAM CORTINAS**

(Name of Plaintiff)

VS:

**Mc DONALD**

(Names of all Defendants)

**2:19-cv-1771 EFB (PC)**

(Case Number)

**CIVIL RIGHTS COMPLAINT UNDER:**

☒ 42 U.S.C. 1983 (State Prisoner)

42 U.S.C. § 12101 (A) section 504 of the rehabilitation ACT

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes **xx** No ___

B. If your answer to A is yes, how many? **7**

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

   Plaintiff **CORTINAS**

   Defendants **MORA**

2. Court (if Federal Court, give name of District; if State Court, give name of County)
**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

3. Docket Number **1:10-cv-02270**     4. Assigned Judge ___

## C. PREVIOUS LAWSUITS

PLAINTIFF: CORTINAS			DEFENDANT: PORTILLO		CASE # 1:13-cv-01229
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
RESULT:  DISMISSED UPON DEFENDANTS SUMMARY JUDGMENT MOTION

PLAINTIFF: CORTINAS			DEFENDANT: SCALIA		CASE # 1:14-cv-02015
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
RESULT: DISMISSED UPON PLAINTIFF MOTION

PLAINTIFF: CORTINAS			DEFENDANT: Mc CABE		CASE # 1:16-cv-00558
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
RESULT: SETTLED AT CONFERRENCE  MARCH 2018

PLAINTIFF: CORTINAS			DEFENDANT: HUERTA		CASE # 1:17-cv-00130
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
RESULT: PENDING

PLAINTIFF: CORTINAS			DEFENDANT: RAVIJOT		CASE # 1:18-cv-00515
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
RESULT: PENDING

PLAINTIFF: CORTINAS			DEFENDANT: GATES		CASE # 2:19-cv-00395
UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
RESULT: PENDING

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

_____

6. Filing Date (approx.) _____  7. Disposition Date (approx.) _____

II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, A[n]o action shall be brought with respect to prison conditions under [42 U.S.C. " 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted.@ 42 U.S.C. " 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, <u>Jones v. Bock</u>, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); <u>McKinney v. Carey</u>, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, <u>Porter v. Nussle</u>, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. <u>Jones</u>, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __X__  No_____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes_XXX__  No_____

C. Is the process completed?

Yes_____  If your answer is yes, briefly explain what happened at each level.

_____
_____
_____
_____
_____

No_XXXX__  If your answer is no, explain why not:

FILE MARCH 2018 over a year and six months have passed without a response. I filed upon the delay. outlining the staff assault of march 17, 2018 when C/o Mc donald squeezed my handcuffed right hand until he broke the bones. That appeal was cancelled and I appealed that cancellation. I wrote Governor Newsom. Who told California dept of corrections to answer. They did not answer.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name  Mc DONALD  is employed as  Correctional Officer

   Current Address/Place of Employment  C.S.P. CORCORAN P.O. BOX 8800  CORCORAN, Ca 93212

B. Name _____ is employed as _____

   Current Address/Place of Employment _____

C. Name _____ is employed as _____

   Current Address/Place of Employment _____

D. Name _____ is employed as _____

   Current Address/Place of Employment _____

E. Name _____ is employed as _____

   Current Address/Place of Employment _____

## IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1**: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom from cruel and unusual punishment, etc.):

Freedom from cruel and unusual punishment  42 U.S.C. § 12101 (a) section 504 of the rehabilitation ACT  physical & mental disability  ADA

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

MARCH 17, 2018 I was inside california state prison Corcoran hospital. I suffered a black out from my heart condiction. Correctional Officer Mc Donald was allow with me in the hospital room. He was asking me Questions which I would not answer. So he [Mc Donald] grabed my handcuffed to the hospital bed right hand. Mc Donald SQUEEZED my hand until the bones broke. I had surgery upon the hand to set the bones with pins. Mc Donald used this force to punish me for not responding to his questions. NO INCIDENT REPORT

was filed No rule violation occured., A use of force video was made. The medical records have my statement that Mc Donald broke my hand intentionally. Mc Donald did not deny breaking my hand. This punishment for not answering Mc Donalds Questions inflicted alot of pain upon me.

Claim 2: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

ONE HUNDERED THOUSAND DOLLARS FROM Mc DONALD

PUNITIVE DAMAGES FOR INTENTIONALLY INJURING AN AMERICA DISABILITY ACT protected physically & mentally disable prisoner

APPOINTMENT OF COUNSEL

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-29-19    Signature of Plaintiff: *Jerry Carter*

(Revised 4/4/14)