# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>McDONALD,<br><br>    Defendant. | Case No. 1:19-cv-01276-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 11) |

Plaintiff Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2019, the assigned Magistrate Judge screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendant McDonald for excessive force in violation of the Eighth Amendment, but failed to state any other cognizable claims. The Court ordered Plaintiff to either file a first amended complaint or notify the Court of his willingness to proceed only on the cognizable claim. (ECF No. 9.) On December 16, 2019, Plaintiff notified the Court of his willingness to proceed on the cognizable claim against Defendant McDonald identified by the Court. (ECF No. 10.)

Accordingly, on December 20, 2019, the Magistrate Judge issued findings and recommendations that this action proceed on Plaintiff's complaint against Defendant McDonald

1

for excessive force in violation of the Eighth Amendment, and all other claims be dismissed from this action for failure to state a claim. (ECF No. 11.) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days after service. (Id. at 5.) No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on December 20, 2019, (ECF No. 11), are adopted in full;
2. This action shall proceed on Plaintiff's complaint, filed September 7, 2019, (ECF No. 1), against Defendant McDonald for excessive force in violation of the Eighth Amendment;
3. All other claims are dismissed based on Plaintiff's failure to state claims upon which relief may be granted; and
4. This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **January 13, 2020**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE