1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | Case No.  1:19-cv-01276-NONE-BAM (PC) |
| Plaintiff, | ORDER REQUIRING DEFENDANT MCDONALD TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED |
| v. | |
| MCDONALD, | (ECF No. 20) |
| Defendant. | **THIRTY (30) DAY DEADLINE** |

Plaintiff Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds against Defendant MacDonald[1] for excessive force in violation of the Eighth Amendment.

On February 26, 2020, Defendant MacDonald submitted a waiver of service of summons. (ECF No. 18.)  On April 13, 2020, Defendant filed a motion for a thirty-day extension of time to file a responsive pleading.  (ECF No. 19.)  The Court granted the request, and Defendant was ordered to file a responsive pleading on or before May 13, 2020.  (ECF No. 20.)

The deadline to file a responsive pleading has expired, and Defendant MacDonald has not responded to the complaint or otherwise communicated with the Court.

///

---

[1] Erroneously sued as "McDonald."

1

Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendant MacDonald shall show cause why default should not be entered against him.

IT IS SO ORDERED.

Dated:   **May 14, 2020**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE