# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>   Plaintiff,<br><br>   v.<br><br>MCDONALD,<br><br>   Defendant. | Case No.  1:19-cv-01276-NONE-BAM (PC)<br><br>ORDER DISCHARGING ORDER REQUIRING DEFENDANT MCDONALD TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED<br><br>(ECF No. 21) |

Plaintiff Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This action proceeds against Defendant MacDonald[1] for excessive force in violation of the Eighth Amendment.

On February 26, 2020, Defendant MacDonald submitted a waiver of service of summons. (ECF No. 18.)  On April 13, 2020, Defendant filed a motion for a thirty-day extension of time to file a responsive pleading.  (ECF No. 19.)  The Court granted the request, and Defendant was ordered to file a responsive pleading on or before May 13, 2020.  (ECF No. 20.)  On May 14, 2020, after Defendant failed to respond to the complaint or otherwise communicate with the Court, the Court issued an order for Defendant MacDonald to show cause, within thirty (30) days, why default should not be entered against him.  (ECF No. 21.)

---

[1] Erroneously sued as "McDonald."

1

Defendant MacDonald filed an answer to the complaint on May 20, 2020. (ECF No. 22.) The Court then referred the case to post-screening Alternative Dispute Resolution and stayed the case. (ECF No. 23.)

Based on the prompt filing of Defendant's answer to the complaint in response to the order to show cause, the Court finds that Defendant has demonstrated an intent to defend the suit on its merits. The Court can discern no prejudice to Plaintiff as a result of the brief delay, particularly in light of the pending settlement conference and stay of this action.

Accordingly, the Court's May 14, 2020 order to show cause, (ECF No. 21), is HEREBY DISCHARGED. Defendant is relieved of the obligation to file a further response to that order, and the action remains stayed.

IT IS SO ORDERED.

Dated:   **June 1, 2020**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE