UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MCDONALD,<br><br>    Defendant. | Case No.: 1:19-cv-01276-NONE-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR APPEAR BY VIDEO FOR SETTLEMENT CONFERENCE ON AUGUST 4, 2020<br><br>[ECF No. 25] |

    Plaintiff Larry William Cortinas is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action is currently set for a settlement conference before the undersigned on August 4, 2020, at 10:00 a.m.

    On June 29, 2020, Plaintiff filed a request to appear by video for the settlement conference. (ECF No. 25.)

    The Court finds good cause to allow Plaintiff to participate in the settlement conference via video.

    Accordingly, it is HEREBY ORDERED that:

    1.    Plaintiff's request to appear by video for the settlement conference on August 4, 2020, is granted;

1

2. Plaintiff is currently housed at California State Prison-Sacramento (CSP-Sac.), and counsel for Defendant shall arrange for Plaintiff's participation via Zoom by contacting the Litigation Coordinator at CSP-Sac. Counsel shall also contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672 or mhernandez@caed.uscourts.gov for information on how to facilitate the conference;

3. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at CSP-Sac., and on the Litigation Coordinator of any other institution(s) which requires this information; and

4. The Court will issue the necessary transportation writ in due course.

IT IS SO ORDERED.

Dated:   **July 1, 2020**

UNITED STATES MAGISTRATE JUDGE