# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br>    v<br><br>MCDONALD,<br><br>    Defendant. | Case No.  1:19-cv-01276-NONE-BAM<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 30)<br><br>THIRTY DAY DEADLINE |

This action was filed on September 7, 2019.  On August 4, 2020, this Court conducted a settlement conference.  During the settlement conference, the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. Dispositional documents shall be filed within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **August 4, 2020**

                                                   UNITED STATES MAGISTRATE JUDGE