# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MCDONALD,<br><br>　　　　Defendant. | Case No.  1:19-cv-01276-NONE-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 32) |

Plaintiff Larry William Cortinas ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On September 2, 2020, counsel for Defendant McDonald filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (ECF No. 32.)  The stipulation is signed by all parties, including Plaintiff and counsel for Defendant McDonald, indicating that the case has been resolved in its entirety, the parties stipulate to a dismissal of this action with prejudice, and each party shall bear its own litigation costs and attorney's fees.

Accordingly, in light of the parties' voluntary dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear his or her own litigation costs and attorney's fees.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __September 3, 2020__         /s/ *Barbara A. McAuliffe*         
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE